**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Ricardo GUTIERREZ–HERRERA,**
**Defendant—Appellant.**

No. 01–50282.

D.C. No. CR–00–00749–NM–01.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 19, 2002.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before RYMER, T.G. NELSON, and THOMAS, Circuit Judges.

MEMORANDUM**

Ricardo Gutierrez–Herrera appeals his conviction by guilty plea and sentence for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. 1326. Gutierrez–Herrera's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw on the ground that she failed to discover any arguable issues on appeal. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues.

Counsel's motion to withdraw is GRANTED and the judgment is

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.